SCAD-11-0000087

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

NATHAN PACO, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-054-8888)

ORDER OF DISBARMENT
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of the Office of Disciplinary Counsel's petition for issuance of a reciprocal discipline notice to Respondent Nathan Paco and the memorandum, affidavit, and exhibits appended thereto, and the record, it appears the Supreme Court of California disbarred Respondent Paco from the practice of law in that state on March 21, 2010; this court, on March 15, 2011, issued a notice and order requiring Respondent Paco, in accordance with Rule 2.15(c) of the Rules of the Supreme Court of the State of Hawai'i, to show cause as to why the same or substantially equivalent discipline should not be imposed in the State of Hawai'i; service of this court's notice and order is deemed effective March 18, 2011; and Respondent Paco has not appeared or shown cause as to why such discipline should not be

imposed.  It further appears that Respondent Paco is not within the State of Hawaiʻi and that making this disbarment order effective 30 days after its entry as provided by RSCH Rule 2.1(c) would serve no purpose.  Therefore,

IT IS HEREBY ORDERED, pursuant to RSCH Rule 2.15(c), that Respondent Paco is disbarred from the practice of law in the State of Hawaiʻi, effective upon entry of this order.

IT IS FURTHER ORDERED that, in addition to any other requirements for reinstatement imposed by the Rules of the Supreme Court of the State of Hawaiʻi, Respondent Paco shall pay all costs of these proceedings as approved upon timely submission of a bill of costs and an opportunity to respond thereto, as prescribed by RSCH Rule 2.

DATED:  Honolulu, Hawaiʻi, June 28, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura



2